# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS

| | |
|---|---|
| QUENTON BYRD, Individually and For Others Similarly Situated, <br><br> v. <br><br> AUDUBON FIELD SOLUTIONS, LLC | Case No. 2:22-cv-03566-BSL-JVM <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate and agree that the above-captioned action and all claims brought on behalf of either party are dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED: June 18, 2025

    **Respectfully submitted,**

By: */s/Richard M. Schreiber*
**Michael A Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Richard M. Schreiber**
Texas Bar No. 24056278
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Ste. 3050
Houston, Texas 77046
Tel: (713) 352.1100
Fax: (713) 352.3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

AND

**Richard J. (Rex) Burch**
**Bruckner Burch PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel:  (713) 877-8788
Fax:  (713) 877-8065
rburch@brucknerburch.com

AND

**Phillip Bohrer**
Fed. Id. 14089
**Scott E. Brady**
Fed. Id. 24976
**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Tel: (225) 925-5297
Fax: (225) 231-7000
phil@bohrerbrady.com
scott@bohrerbrady.com

**ATTORNEYS FOR PLAINTIFF**

By: */s/Charles H. Wilson*
**Charles H. Wilson**
**Ashton P. Hoffman**
**JACKSON LEWIS, PC**
717 Texas Avenue, Suite 1700
Houston, Texas 77002
Tel: (713) 650-0404
Fax: (713) 650-0405
charles.wilson@jacksonlewis.com
ashton.joffman@jacksonlewis.com

AND

**Michael B. Taylor** (#39081)
**JACKSON LEWIS, PC.**
601 Poydras Street, Ste. 1400
New Orleans, Louisiana 70138
Tel: (504) 208-1755
Fax: (504) 208-1759
Michael.taylor@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**